IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CRIMINAL NOS. 3:02CR254 & 3:04CR257

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| GUS KAKAVITSAS | ) | |

**THIS MATTER** is before the Court on the Defendant's motion for early termination of his supervised release. The Government has filed response and opposes the relief sought.

For the reasons set forth in the Government's response,

**IT IS, THEREFORE, ORDERED** that the Defendant's motion for early termination of his supervised release is hereby **DENIED**.

Signed: September 25, 2007

Lacy H. Thornburg
United States District Judge